**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-6308**

_____

TYRELL DAVRON ANDERSON,

Plaintiff - Appellant,

versus

THE STATE OF MARYLAND; UNITED STATES OF
AMERICA; LISA HARDY; CARIE BLAND; THE
BALTIMORE CITY POLICE DEPARTMENT,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge.
(CA-04-4071-AMD)

_____

Submitted: April 14, 2005           Decided: April 21, 2005

_____

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Tyrell Davron Anderson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tyrell Davron Anderson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Anderson v. Maryland, No. CA-04-4071-AMD (D. Md. filed Jan. 28, 2005 & entered Jan. 31, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED